IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMARA LYNN FUTRELL,

      Plaintiff,                    No. 2:10-cv-3475 JAM KJN PS (TEMP)

      v.

STATE OF CALIFORNIA
DEPARTMENT OF CHILD
PROTECTIVE SERVICES
SACRAMENTO COUNTY,

      Defendant.                  ORDER

_____/

        On March 29, 2011, plaintiff filed a document in this case that appends private health information concerning her son, a third party, which relates to a time period when her son was a minor.  The undersigned directs, *sua sponte*, the Clerk of Court to seal that filing.

        The undersigned reminds plaintiff that it is *her* responsibility—not the court's responsibility—to ensure that she does not publicly divulge the private health information of a third party.  The undersigned directs plaintiff to this court's Local Rules 140 and 141, which address the handling of private information and requests to redact documents or file documents under seal.  Plaintiff should be aware that "[n]o procedure set forth herein will excuse a violation of privacy or other law by counsel or party."  E. Dist. Local Rule 140(e).

1

1   Accordingly, IT IS HEREBY ORDERED that the Clerk of Court seal the
2   document filed by plaintiff on March 29, 2011, which reveals the private health information of a
3   third party.
4   IT IS SO ORDERED.
5   DATED: April 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE